NATHAN SEIDENBERG, Respondent, *v.* MEYER A. JENEROFF, Appellant.

Argued March 5, 1937; decided March 23, 1937.

*Herbert F. Hastings, Jr., F. G. Mann* and *Everett F. Warrington* for appellant.

*John H. Broderick* and *Morris Simon* for respondent.

Judgment affirmed, with costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS LOUGHRAN, FINCH and RIPPEY, JJ.